IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 11-22546GLT |
| Lillie M. Murrell ) | |
| ) | Chapter 13 |
| Debtor(s) ) | |
| ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| Vs. ) | |
| Lillie M. Murrell ) | |
| ) | |
| Respondent(s) ) | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on May 03, 2016, (document #129) is hereby WITHDRAWN. Therefore, the hearing scheduled for June 29, 2016, is hereby cancelled.

Respectfully submitted

6/24/16                /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 11-22546GLT |
| Lillie M. Murrell | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| Vs. | ) | |
| Lillie M. Murrell | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

All parties on attached mailing matrix

6/24/16                                                      /S/ Dianne DeFoor___
date                                                           Office of the Chapter 13 Trustee
                                                               US Steel Tower – Suite 3250
                                                               600 Grant Street
                                                               Pittsburgh, PA  15219
                                                               (412) 471-5566